CAUSE NO. F05-72144
CAUSE NO. F05-72145

73,340-03,04

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| VS. | X | |
| | X | 363rd JUDICIAL DISTRICT |
| ALEJO TRUJILLO ESTRADA | X | |
| | X | DALLAS COUNTY, TEXAS |

## MOTION DOCUMENTS AID DECISION

TO THE HONORABLE TRACY F. HOLMES JUDGE:

APPELLANT ALEJO T. ESTRADA, RESPECTFULLY Submit This motion IN THE above-styled numered couses. These are APPeals of Two convictions FOR THE AGGRABATED SEXUAL ASSAULT FROM This Court.

### I

APPELLANT ALEJO T. ESTRADA Filed an extension motion. also file on a Descritionary review motion on July-20-2015 TO This Honorable court, Court of criminal APPeals Austin, texas. APPellant file This Documents
- motion DISCritionary review 38 Pages TYPe, and 6 write by hands
- File Personal medical records 28 Pages.
- COPY of TRIal court medical records That were no made "for medical Diagnosis or TREATment" PurPoses and were not "Reasonable Pertinen To Diagnosis or TREATment The was illegally use in admitting into Evidence To convict APPELLAnt 8 Pages (S/E NO.7)
- Statement As avidence of EsPeranza and Paola bandara That were Generated during This offense only (2) Two weeks Prior To The commencement of This Trial on 2009. 5 Years later 6 pages.

1

## II

APPELLANTS medical Evaluation Report conducted by Parkland. Texas Tech university Health Sciences center That clearly indicated That The appellant was not in Position to continue This Trial That This documentation has decided on importan question of The state. Procedure... and That the law has not been follow in The way That Conflict with The application of The Trial court, and court of criminal Appeals. On 2009. This records indicated a mild Sloping to-moderately-Severe Sensorineural Hearing and Speech Loss and impossible understanding and comunication, and Hearing, status.
That evaluation Results Recomendation indicated a Significant injury To The defendants injury.

## III

APPellants, Attorneys Letters Requesting his case File, to each attorney To The TRial court, and court of criminal aPPeals. 12 Pages.

## IV

FINALLY Evidence That The State Have no evidence TO ARRest. noR failed to grant mistrial when ARResting officer Testify That The Appellant had exercised his Right to Remain silent when arrest. Also Documents That This court instructed The Juror to disregard The Detective's False Testimony, Neverless, Those instructions were ineffective in Light of The Highly Presudicial nature of The testimony Since defendant can Not Act on, Due to his injuries.

## V

Defendant, Respectfully Reques This Court According Rule 66.4 ARP Defendant did not Possess Access To a copy. Photo copier and has File This documents, Some written by hand and OTHERS TYPE APPellant RESPECTFULLY REQUEST This Court As cortesy. and following The documents Aid That This court Judge may order This clerk to Prompty Send This documents A full copy of all This Document To The APPellant because he did not Possess any other copies,

COPIES OF THE APPELLANT documents also The appellant Record; COPIE OF The of The Opinion of court of criminal Appeal, federal court, as well copiY of all motions File in This court, certified Copies of Return of Documents if review "will be or not" Granted; The appellant is entitle to This Service According Seccion (5) Five. PROCEEDING In the federal CORTS. TO THE EXTENT That the Practice in such Proceeding APPLY TO THE context of Appellant Habeas corPus Suits to the extent That they are inconsistent with The Federals Laws in any way That Have dis-aGREED on This material That was intentional set Aside in orde to Gain This False Conviction and clearly declared, statute, Rules, regula-Tions and ordinance unconstitutional misconduct by The state and Court of Appeals.

This documentation was file, mailed monday 20- of month of July by First class mail, Regular and not certified AS REQUIRE by The Fed Laws. but timily made According The Same Regulations. The Brief of EBEYANCE will be file on Time, but Such Copies will be needed For This PROCEESS

APPELLANT IS PRESENTLY ON Jordan Unit, 1992 Helton Road, PamPa TX. 79065 For all This Reasons, ALEJO TRUJILLO ESTRADA RespectFully ReQuest All This Copies, or This motion to be Granted. That The court retain This matter on The courts DOCKet AS was PROGAmad. to 9-11-2015

### CERTIFIED OF SERVIZE

I HEREBY CERTIFY That A TRUTH and correct copy of The foregoin was Served on The court of criminal Appeals. office in accordance with texa Rules of criminal Procedure on _____ day of                    2015

_07-27-15_ #1600704

RESPECTFULLY Submitted.
ALEJO TRUJILLO ESTRADA.
PROSSE REPRESENTation.